```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

MARWIN JAMES BYRD,

       Petitioner,            CIVIL ACTION

    v.                         NO. 1:10-CV-4051-CAP

ERIC SELLERS, Warden

       Respondent.

### O R D E R

This court has carefully considered the report and recommendation ("R&R") of the magistrate judge [Doc. No. 4] and the record as a whole. No objections to the R&R were filed. The court receives it with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 8th day of March, 2011.

                                              <u>/s/ Charles A. Pannell, Jr.</u>
                                              CHARLES A. PANNELL, JR.
                                              United States District Judge